IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TIMOTHY R. FOX, a/k/a ROBERT MARVIN FOX, JR., | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CV 109-037 |
| CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT IN AND FOR POLK COUNTY, FLORIDA; BILL MCCOLLUM, Attorney General for the State of Florida; CHARLIE CRIST, Governor of Florida; VICTOR WALKER, Warden; and ALETHEA BROWN, | ) ) ) ) ) ) ) ) | |
| Respondents. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this petition is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 10th day of July, 2009, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that it has also considered Petitioner's "addendum" to his habeas corpus petition as well as his amended petition, (see generally doc. nos. 5 & 6), but they do not change the Court's opinion regarding the Report and Recommendation.